**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas, Houston Division

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Pangea Industries, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Leblanche Industries, Inc

**3. Debtor's federal Employer Identification Number (EIN)**

6  1  –  1  8  5  0  5  0  2

**4. Debtor's address**

**Principal place of business**

910 Pinafore Ln
Number        Street

Houston, TX 77039-1416
City                          State      ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

_____
Number          Street

P.O. Box

_____
City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number          Street

_____
City                          State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Pangea Industries, Inc.
_____          Case number *(if known)* _____
Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
  3  3  1  2

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                              MM / DD / YYYY

        District _____  When _____  Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

        District _____  When _____
                                                      MM / DD / YYYY

        Case number, if known _____

Debtor    Pangea Industries, Inc.
_____     Case number *(if known)* _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the propery?** _____<br>Number          Street<br><br>_____<br><br>_____    _____<br>City                                                          State<br><br>_____<br>ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49          ☑ 50-99          ☐ 1,000-5,000          ☐ 25,001-50,000<br>☐ 100-199     ☐ 200-999      ☐ 5,001-10,000        ☐ 50,000-100,000<br>                                                  ☐ 10,001-25,000      ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                        ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000             ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000           ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million          ☐ $100,000,001-$500 million  ☐ More than $50 billion |

| Debtor | Pangea Industries, Inc. | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,000-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/02/2019
       MM/ DD/ YYYY

X   /s/ Marco Pesquera                     Marco Pesquera
Signature of authorized representative of debtor          Printed name

Title               President

**18. Signature of attorney**

X   /s/ Michael L. Hardwick          Date  09/02/2019
Signature of attorney for debtor                MM/ DD/ YYYY

Michael L. Hardwick
Printed name

Michael Hardwick Law, PLLC
Firm name

2200 North Loop W, Ste 116
Number      Street

Houston                      TX      77018-1753
City                        State      ZIP Code

(832) 930-9090                 michael@michaelhardwicklaw.com
Contact phone                    Email address

24088745                     TX
Bar number                      State

# Pangea Industries, Inc.

## Corporate Resolution to file Chapter 11 Bankruptcy

WHEREAS, the Corporation is unable to pay its debts as they mature, and WHEREAS, it would be in the best interests of creditors for the Corporation to file a voluntary petition under Chapter 11 of the Bankruptcy Code, it is:

RESOLVED, that the Corporation file as soon as practicable a bankruptcy in accordance with Chapter 11 of the Bankruptcy Code. It is further;

RESOLVED, that the Corporation hire and retain Michael Hardwick Law, PLLC as attorney for the Corporation, to prepare and file the Chapter 11 case and represent it in connection therewith.

The undersigned hereby certifies that she is the duly elected and qualified President and the custodian of the books and records of Pangea Industries, Inc. a corporation duly formed pursuant to the laws of the State of Texas, and that the foregoing is a true record of a resolution duly adopted at a meeting of the Board of Directors and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on September 2, 2019, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as President of the above-named Corporation on September 2, 2019.


Pangea Industries, Inc.


By: _____

Marco Pesquera

President

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Pangea Industries, Inc.**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 09/02/2019 _____     Signature _____ /s/ Marco Pesquera _____
Marco Pesquera, President

Action Communication
Technology Inc
27417 Hanna Rd
Conroe, TX 77385-6623


Airgas USA LLC
Po Box 1152
Tulsa, OK 74101-1152


Aldine ISD
14909 Aldine Westfield Rd
Houston, TX 77032-3027


American Piping Products
825 Maryville Centre Dr Ste 310
Chesterfield, MO 63017-5946


Aramark
2680 Palumbo Dr
Lexington, KY 40509-1234


AT&T
Po Box 5001
Carol Stream, IL 60197-5001


AT&T
Po Box 105414
Atlanta, GA 30348-5414


Blumenthal Sheet Metal
1710 Burnett St
Houston, TX 77026-7213

Bolts 'N Nuts Plus
Po Box 670606
Houston, TX 77267-0606


Carl Blackwood
c/o Christopher Stevenson
3120 Soutwest Feeway Ste 320
Houston, TX 77098


Comda Advertising
Connections
2916 Walden Ave Ste 400
Depew, NY 14043-2610


Conroe Welding Supply Inc
415 S Frazier St
Conroe, TX 77301-5006


County Forklift Inc
1201 Aldine Bender Rd
Houston, TX 77032-2903


Del-Phi Engineering Inc
Po Box 1191
Conroe, TX 77305-1191


DNV GL Business Assurance
USA Inc
1400 Ravello Rd
Katy, TX 77449-5164


Eugenio Garza
2205 S 49th St
Mcallen, TX 78503-8118

Fastenal
425 Aldine Bender Rd Ste A
Houston, TX 77060-4435

Felix Castillo
1506 Birchwood St
Houston, TX 77093-1808

First Insurance Funding
450 Skokie Blvd Ste 1000
Northbrook, IL 60062-7917

Gulf Rubber & Supply
1120 Mcdaniel St
Houston, TX 77022-3848

Harris County Constable's Office
Precinct 1
c/o Constable Alan Rosen
1302 Preston, Ste 301
Houston, TX 77002

Harris County Tax Assessor Collector
Po Box 3547
Houston, TX 77253-3547

Harris County Treasurer
1001 Preston St Ste 652
Houston, TX 77002-1816

HEB Grocery
14141 Southwest Fwy
Sugar Land, TX 77478-3493

Heritage-Crystal Clean, LLC
2175 Point Blvd Ste 375
Elgin, IL 60123-9211


HP Sears
2000 18th St
Bakersfield, CA 93301-4208


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346


J&L Sheet Metal Co Inc
14102 Chrisman Rd
Houston, TX 77039-1506


Karen Campos
5402 Renwick Dr
Houston, TX 77081-1538


Kings Cash Group LLC
CashCrunch
30 Broad St 12th Fl
New York, NY 10004-2304


Kings Cash Group LLC
c/o Freedman & Price PC
1102 West Ave Ste 200
Austin, TX 78701-2020


Mireaux Management
Solutions
12802 Willow Centre Dr
Houston, TX 77066-3035

North Shore Steel
1566 Miles St
Houston, TX 77015-6319

Omar Andre Morales
1426 Health Cote Ln
Houston, TX 77073

Ourco Supply Corp
7413 Breen Dr
Houston, TX 77086-3634

Pangea Industrial Group
3303 Chimney Rock Rd Ste 100
Houston, TX 77056

Fernando Pompa
1730 Crestline
Houston, TX 77093

PPG Architectural Finishes
Inc
Po Box 676340
Dallas, TX 75267-6340

Premium Solutions
14406 Spring Mountain Dr
Tomball, TX 77377-3968

Progressive Commercial
Po Box 650201
Dallas, TX 75265-0201

Annette Ramirez
2520 WW Thorne Blvd
Houston, TX 77073-3406

Republic Services
8101 Little York Rd
Houston, TX 77016-2435

Jorge Rodriguez
226 Sulky Trail St
Houston, TX 77060-4102

Rogue Waste Recovery &
Environmental Inc
Po Box 258
Conroe, TX 77305-0258

Romer Bancho
8007 Tahoe Parke Cir
Austin, TX 78726-4022

Samuel Son & Co (USA) Inc
5022 Ashley Ct
Houston, TX 77041-6911

Samuel Son & Co (USA) Inc
c/o H. Brad Parker
2180 North Loop W Ste 510
Houston, TX 77018-8002

Cesar Segura
12409 W Hardy Rd
Houston, TX 77037-3523

Staples Business Credit
Po Box 105638
Atlanta, GA 30348-5638

Steel Supply LP
10600 Telephone Rd
Houston, TX 77075-4514

Steel Supply LP
14130 West Rd
Houston, TX 77041-1134

Superior Shot Peening Inc
c/o Receivable Management Services LLC
Po Box 19646
Minneapolis, MN 55419-0646

Tax Loans USA Ltd
c/o Daniel W Schreimann
8445 Freeport Pkwy Ste 175
Irving, TX 75063-2778

Michele Taylor
7219 Haverton Dr
Houston, TX 77016-2333

Texas Mutual Insurance
Company
Po Box 841843
Dallas, TX 75284-1843

Texas State Disbursement
Unit
Po Box 659791
San Antonio, TX 78265-9791

Texas Workforce Commission
101 E 15th St
Austin, TX 78778-1442


TG Galleria Place Corp
c/o Brian D. Womac
8301 Katy Fwy
Houston, TX 77024-1944


Triple-S Steel Supply Co
6000 Jensen Dr
Houston, TX 77026-1113


Alejandro Trujillo
2450 Verhalen
Houston, TX 77039


TX Comptroller of Public Accts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528


TXU Energy
Po Box 650638
Dallas, TX 75265-0638


Verizon
Po Box 489
Newark, NJ 07101-0489


Viking Delivery Service
Po Box 40786
Houston, TX 77240-0786

Waste Management of Texas
9821 Katy Fwy Ste 700
Houston, TX 77024-1230


Waste Management of Texas
c/o Jon D. Totz
2211 Norfolk St Ste 510
Houston, TX 77098-4048