Pangea Industries, Inc.
Proposed Interim Budget
September 2, 2019 through September 28, 2019

| **Income** | Sept 2 - Sept 7 | Sept 8 - Sept 14 | Sept 15 - Sept 21 | Sept 22 - Sept 28 |
|---|---|---|---|---|
| Sales | | $3,000.00 | $2,100.00 | $35,000.00 |
| Receivables Collected | | | | |
| Equipment Sales | $3,500.00 | | | |
| **Gross Income** | **$3,500.00** | **$3,000.00** | **$2,100.00** | **$35,000.00** |
| **Expenses** | | | | |
| Salaries and Wages | | | | |
| Child Support | | | | |
| Payroll Liabilities | | | | |
| Rent | | | | |
| Contract Labor | $900.00 | | $900.00 | |
| TWC - Payroll Tax | | | | |
| Insurance | | | | |
| COGS | | | | |
| Office Expenses | $80.00 | | | |
| Office Supplies | $95.00 | | $100.00 | $100.00 |
| Bank Fees & Charges | | | | |
| Utilities | $964.00 | | | |
| Telecommunications | | $700.00 | $701.00 | |
| Repairs and Maintenance | $125.00 | $125.00 | $125.00 | $125.00 |
| Professional Fees | | | | |
| License & Permits | | $1,888.00 | | |
| Legal Fees | | | | |
| Transportation | $10.00 | $10.00 | $10.00 | $10.00 |
| Uniforms & Mats | | | | |
| Waste | | | | |
| Property Taxes | | | | |
| Sales Tax | | | | |
| Franchise Tax | | | | |
| Cash Advances from PIG to PI | | | | |
| King Cash Group | | | | |
| Eugenio Garza | | | | |
| Romer Bacho | | | | |
| 910 Pinafore Lane - Carl Blackwood | | | | |
| Dividends | | | | |
| Other Cash Disbursed | | | | |
| **Total Expenses** | **$2,174.00** | **$2,723.00** | **$1,836.00** | **$235.00** |
| **Net Income** | **$1,326.00** | **$277.00** | **$264.00** | **$34,765.00** |
| **Ending Cash Balance on Hand** | **$841.71** | **$1,118.71** | **$1,382.71** | **$36,147.71** |

(Beginning Balance: -$484.29)